# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIA E. JOHNSON,<br><br>                            Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                            Defendant. | Case No.:  21-CV-1563 W (JLB)<br><br>**ORDER ON PLAINTIFF'S NOTICE OF ACCEPTANCE OF MIDLAND CREDIT MANAGEMENT, INC.'S RULE 68 OFFER OF JUDGMENT** |

On or about November 12, 2021, Defendant Midland Credit Management, Inc. served Plaintiff Martia E. Johnson with an offer to allow judgment under Federal Rule of Civil Procedure 68. (*See Offer of Judgement* [Doc. 8-1], attached as Exhibit A to *Pl's Notice of Acceptance* [Doc. 8].) On November 23, 2021, Plaintiff filed a notice accepting Defendant's offer. (*See Pl's Notice of Acceptance.*) Accordingly, the Court **ORDERS**:

1.   Judgment is entered in favor of Plaintiff, Martia E. Johnson, and against Defendant in the amount of $1,100.00, plus reasonable attorney's fees and costs.

1

2. If Plaintiff and Defendant cannot agree on a sum certain on reasonable attorney's fees and costs, Plaintiff's motion for reasonable attorney's fees and costs is due on or before **December 7, 2021**.  Before filing the motion, Plaintiff's counsel must contact the Court's law clerk for a hearing date.

**IT IS SO ORDERED**.

Dated:  November 23, 2021

_____
Hon. Thomas J. Whelan
United States District Judge