Alejandro E. Figueroa, Esq.
California Bar No. 332132
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 x120
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIA E. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | **Case No. 3:21-cv-01563-W-JLB**<br><br>**NOTICE OF MOTION and PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge Thomas J.  Whelan |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 24, 2022 or as soon thereafter, I shall appear before Judge Thomas J. Whelan in and present Plaintiff's Motion for Attorney's Fees and Costs.  Pursuant to L.R. 7.1(d) (1), there will be no oral arguments on this motion.

This motion is further based upon this notice of motion, accompanying memorandum of points and authorities, the accompanying declaration of Alejandro E. Figueroa, on all pleadings and papers filed in this matter, on any matter which this Court must or may take judicial notice and upon all evidence and arguments that this Court may permit at the time of the hearing of this motion.

Dated: December 7, 2021                              /s/ Alejandro E. Figueroa

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>MEMORANDUM OF POINTS AND AUTHORITES</u>**

**<u>Introduction</u>**

On September 3, 2021, Plaintiff filed a lawsuit against MIDLAND CREDIT MANAGEMENT, INC.  ("Defendant") for allegedly violating the Fair Debt Collection Practices Act ("FDCPA") under 15 U.S.C. §1692 et seq. On November 12, 2021, Defendant submitted an Offer of Judgment for "$1,100.00 plus reasonable attorneys' fees and taxable costs" to Plaintiff's counsel. On November 23, 2021, Plaintiff accepted Defendant's Offer of Judgement and filed a Notice of Acceptance with this Honorable Court.  On November 23, 2021, the Clerk of the Court entered a judgment in favor of Plaintiff and against Defendant in the amount of $1,100.00 plus reasonable cost and attorney's fees, Dkt. No. 10. Plaintiff and Defendant have attempted to reach an agreement but, at this time, are at an impasse and require the Court's assistance in determining Plaintiff's reasonable attorney's fees.

**<u>Argument</u>**

1. **<u>Plaintiff's Attorney is Entitled to Award of Reasonable Attorney Fees Under the FDCPA</u>**

The FDCPA requires the payment of costs and reasonable attorney fees to a successful consumer. 15 U.S.C. §1692(k)(a)(3). The language of the FDCPA makes an award of attorney fees mandatory. *Camacho v. Bridgeport Fin. Inc.* 523 F.3d 973, 978 (9th Cir. 2008). Here, Plaintiff prevailed when she received a judgment in her favor, by and through Defendant's offer of judgment wherein Defendant offered judgment in the amount of $1,100.00 dollars for Plaintiff's damages and separately, Plaintiff's reasonable attorney fees. Accordingly, Plaintiff is entitled to an award of her reasonable attorney fees herein.

2. **<u>Plaintiff's Attorney Fees Are Reasonable</u>**

In California and in the Ninth Circuit, the customary method of determining the permissible amount of attorney fees is the "lodestar" method. PLCM Group, Inc. v. Plaintiff's Motion for

2

Attorney Fees and Non-Taxable Costs Drexler, 22 Cal.4th 1084, 1095 (2000); *Morales v. City of San Rafael*, 96 F.3d 359, 363 (9th Cir. Cal. 1996). The lodestar method multiplies the number of hours the prevailing party reasonably expended on the litigation by a reasonable hourly rate. *McGrath v. County of Nevada*, 67 F.3d 248, 252 (9th Cir. Cal. 1995). Here, Plaintiff's counsel has submitted a declaration evidencing the reasonable hourly rate for his services and establishing the number of hours spent working on the case, although California case law permits fee awards even in the absence of such detailed time sheets. *Wershba v. Apple Computer, Inc.*, 91 Cal.App.4th 224, 254-255 (2001).

### a. THE NUMBER OF HOURS EXPENDED ARE REASONABLE BECAUSE THEY ARE BASED UPON ACTUAL TIME SPENT

Exhibit A of this Motion contains an itemized list of attorney fees for this matter. These entries were derived from Plaintiff's counsel case management software where all time spent on a case is billed. Below is a categorical summary of the time spent in this matter and Exhibit A contains a detailed description of the time spent in litigating this matter.

| Description | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Drafting Complaint | 4.7 | $375.00 | $1,762.50 |
| Review of Answer and 26f Conference | 0.7 | $375.00 | $262.50 |
| Offer of Judgment work | 2.9 | $375.00 | 1,087.50 |
| Motion for Attorney Fees | 2.5 | $375.00 | $937.50 |
| Administrative Fees for paralegal | 2.7 | $125.00 | $337.50 |

Under federal law, "[t]here is a strong presumption that the lodestar figure represents a reasonable fee. 'Only in rare instances should the lodestar figure be adjusted on the basis of other

3

considerations.'" *Morales v. City of San Rafael*, 96 F.3d 359, 364 (9th Cir 1996) (internal citations omitted). If "[a] plaintiff has obtained excellent results, his attorney should recover a fully compensatory fee. Normally, this will encompass all hours reasonably expended on the litigation, and indeed in some cases of exceptional success an enhanced award may be justified." *Feminist Women's Health Ctr. v. Blythe*, 32 Cal.App.4th 1641, 1674, fn. 8 (1995), quoting *Hensley v. Eckerhart*, 461 U.S. 424, 435 (1983). Under California law, the successful party ordinarily is entitled to a fully compensatory fee, which may be reduced only when special circumstances would render a fully compensatory award unjust. *See Serrano v. Unruh (Serrano IV)*, 32 Cal.3d 621, 639 (1982). The court is requested to  award compensation for all hours spent to: Drafting Complaint (4.7 hours), Review of Answer and 26f Conference (0.7),  Offer of Judgment work (2.9 hours), Motion for Attorney Fees (2.5 hours), and Administrative fee for paralegal (2.7).

### i.      Drafting the Complaint

Plaintiff's counsel spent a total of 4.7 hours drafting this Complaint. Drafting and revising the complaint was required for Plaintiff's counsel to file the instant lawsuit.

### ii.      Offer of Judgment

Defendant sent Plaintiff's Counsel an Offer of Judgment on November 12, 2021. Plaintiff's counsel spent time reviewing this Offer of Judgment and then explaining it to Plaintiff.  In addition to this, Plaintiff's counsel was required to draft a Notice of Acceptance and file it with this Honorable Court to accept Defendant's Offer of Judgment. Lastly, Plaintiff's counsel reached out to Defendant's counsel to negotiate his attorney fees, but negotiations were unsuccessful.

### iii.      Review of Answer and Affirmative Defenses and Rule 26f Conference

On November 9, 2021, this Honorable Court entered a Notice and Order setting a Case Management Conference for December 16, 2021 and ordered both parties to submit a Joint Discovery Plan by December 6, 2021. In order to prepare the Joint Discovery Plan, Plaintiff's

4

counsel conducted a Rule 26f Conference on November 20, 2021 and reviewed the Answer Defendant filed on November 8, 2021.

### iv.      Motion for Attorney Fees

The Ninth Circuit allows the recovery of attorney fees for time spent preparing and filing a motion for attorney fees and costs. *Jordan v. Multnomah County*, 815 F.2d 1258, 1261, 1264 (9th Cir. 1987). Exhibit A submitted by Plaintiff's counsel detail the time expended in this litigation as of the date this motion is filed.

### v.      Administrative Fee for Paralegal

This matter required some administrative tasks, which were performed by the undersigned attorney's paralegals. These tasks include: filing documents and motions and preparing itemization of attorney's fees.

### b. COUNSEL'S HOURLY RATE IS REASONABLE AND CONSISTENT WITH MARKET RATES

#### i. Hourly Rate of $375.00 per hour for Attorney charged in this Case is Reasonable

The undersigned counsel current and customary rate is $450.00 per hour. For this lawsuit, he is asking for a rate of $375.00.

The United States Consumer Law Bankruptcy Survey Report for California, 2017-2018 Edition[1] amply justifies the undersigned hourly rate. According to this survey, p. 63, the 75% Median Attorney Rate for All Attorneys is $500/hour for California Consumer Attorney. Thus, the hourly rate of $375.00 is very reasonable.  The majority of district courts in California will consider the Fee Survey Report as evidence of prevailing hourly rates in cases involving consumer protection statutes. *See Davis v. Hollins Law*, 25 F.Supp.3d 1292, 1299 (E.D. Cal. 2014) (citing district court cases that have relied on the report).

[1] https://www.nclc.org/images/pdf/litigation/tools/report-atty-fee-survey.pdf

Furthermore, the undersigned counsel was awarded this rate in another matter in the State of California. *See Angela Robinson v. Miller Stark Klein and Associates*, Case No. 2:19-cv-04444-DMG-KS.

### ii. **Hourly Rate of $125.00 per hour for Paralegal charged in this Case is Reasonable**

Plaintiff's paralegal's hourly rate of $125.00 is reasonable and it is comparable to other paralegals hourly rate in this District. According to United States Consumer Law Bankruptcy Survey Report for California, 2017-2018 on p. 63 the average billable rate for paralegal is $161.00. Furthermore, Plaintiff's counsel's paralegals have been awarded this rate in another matter filed in the State of California. *See Angela Robinson v. Miller Stark Klein and Associates*, Case No. 2:19-cv-04444-DMG-KS.

### 3. **Filing Costs**

Plaintiff is seeking costs of $402.00 incurred to litigate this case**.** See Exhibit C, Plaintiff's Proof of Costs. Plaintiff is seeking his filing costs for filing this instant lawsuit. The aforementioned costs were necessary, are reasonable by any standard, and should be granted.

### CONCLUSION

Based upon the lodestar calculation, attorney fees should be awarded to Plaintiff for $4,387.50. An award for costs of $402.00 are sought, and should be awarded as well.

Dated: December 7, 2021                                      Respectfully submitted,

                                                                              */s/ Alejandro E. Figueroa*
                                                                              Alejandro E. Figueroa
                                                                              California Bar No. 332132
                                                                              Sulaiman Law Group, Ltd.
                                                                              2500 South Highland Avenue
                                                                              Suite 200
                                                                              Lombard, Illinois 60148
                                                                              (630) 575-8181
                                                                              alejandrof@sulaimanlaw.com
                                                                              *Counsel for Plaintiff*

6

1

2

### **CERTIFICATE OF SERVICE**

3

I hereby certify that on December 7, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern  District of California by using the CM/ECF system.

4

5

*/s/ Alejandro E. Figueroa*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28