ALEJANDRO E. FIGUEROA
California Bar No. 332132
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 x120
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIA E. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGMENT, INC.<br><br>        Defendant. | Case No. 3:21-cv-01563-W-JLB<br><br>**ITEMIZATION OF ATTORNEYS' FEES AND COSTS** |

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 9/2/2021 | Reviewed all materials provided by Client, determined all causes of actions and drafted complaint | Attorney | $375.00 | 1.0 | $375.00 |
| 9/2/2021 | Drafted Complaint | Attorney | $375.00 | 2.7 | $1,012.50 |
| 9/3/2021 | Reviewed Complaint | Attorney | $375.00 | 0.9 | $337.50 |
| 9/3/2021 | Filed Complaint | Paralegal | $125.00 | 1.0 | $125.00 |
| 9/7/2021 | Emailed Defendant's counsel regarding Wavier of Summons | Attorney | $375.00 | 0.1 | $37.50 |
| 9/9/2021 | Drafted Wavier of Summons and emailed it to | Paralegal | $125.00 | 0.2 | $25.00 |

1

| Date | Description | Role | Rate | Hours | Total |
|---|---|---|---|---|---|
| | opposing counsel with filed complaint | | | | |
| 9/9/2021 | Filed Wavier of Summons for Defendant | Paralegal | $125.00 | 0.1 | $12.50 |
| 11/8/2021 | Reviewed Defendant's Answer and Affirmative Defenses | Attorney | $375.00 | 0.3 | $112.50 |
| 11/17/2021 | Reviewed Offer of Judgment. Call with Defendant's counsel and sent email. Spoke to Plaintiff | Attorney | $375.00 | 0.7 | $262.50 |
| 11/18/2021 | Call with Defendant's counsel and sent email. | Attorney | $375.00 | 0.4 | $150.00 |
| 11/19/2021 | Drafted consent to proceed before Magistrate Judge form | Paralegal | $125.00 | 0.2 | $25.00 |
| 11/20/2021 | Prepared for and conducted 26f Conference | Attorney | $375.00 | 0.4 | $150.00 |
| 11/22/2021 | Discussed Offer of Judgment with Plaintiff | Attorney | $375.00 | 0.4 | $150.00 |
| 11/23/2021 | Drafted Notice of Acceptance of Offer of Judgment | Attorney | $375.00 | 1.0 | $375.00 |
| 11/23/2021 | Filed Notice of Acceptance of Defendant's Offer of Judgment | Paralegal | $125.00 | 0.2 | $25.00 |
| 11/30/2021 | Drafted itemization of fees | Paralegal | $125.00 | 1.0 | $125.00 |
| 11/30/2021 | Reviewed itemization | Attorney | $375.00 | 0.4 | $150.00 |
| 12/7/2021 | Prepared Motion for Attorney's Fees and Costs | Attorney | $375.00 | 2.5 | $937.50 |
| | | | | | **$4,387.50** |

**Costs:**
Filing Fee                                                                 $   402.00
**Total Costs:**                                                      **$   402.00**

**Grand Total**
Attorney Fees                                                         $  4,387.50
Costs                                                                        $     402.00
**Total**                                                                  **$  4,789.50**