ALEJANDRO E. FIGUEROA
California Bar No. 332132
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 x120
Fax: (630) 575-8188
alejandrof@sulaimanlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIA E. JOHNSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>                    Defendant. | Case No. 3:21-cv-01563-W-JLB<br><br>**ITEMIZATION OF ATTORNEYS' FEES AND COSTS** |

I, Alejandro E. Figueroa, being duly sworn, state as follows:

1. That I am the attorney for Plaintiff in the above captioned matter.

2. I was admitted to the California State Bar on September 10, 2020, the Florida State Bar on January 3, 2020, and the State Bar of Illinois on November 10, 2016. I am currently licensed in the following federal jurisdictions:

    a. Northern District of Illinois

    b. Southern District of Texas

    c. Northern District of Texas

    d. Northern District of Florida

    e. Southern District of Florida

    f. Middle District of Florida

1

      g. Northern District of California

      h. Central District of California

      i. Eastern District of California

      j. Southern District of California

3. I am a graduate of the Interamerican University of Puerto Rico, where I received a Bachelor's Degree in Accounting in May of 2013. I am a graduate of the Northern Illinois University School of Law located in DeKalb, Illinois where I earned a Juris Doctorate in May of 2016.

4. Presently, I am an associate attorney at the Sulaiman Law Group, Ltd., a firm that represents consumers in litigation against debt collectors, creditors, and banks. The focus of my practice has been representation of consumers in defending suits to collect alleged debts and the prosecution of claims on behalf of consumers against unlawful debt collection practices, similar to the present case.

5. To the extent that I have specialized legal knowledge, it is in the areas of collections and debt collection practices, including the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Telephone Consumer Protection Act, and other consumer protection statutes.

6. I have been Plaintiff's counsel in hundreds of cases under the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Telephone Consumer Protection Act, and other consumer protection statutes filed throughout the United States, including the Southern District of California.

7. I am familiar with the fees customarily charged in cases of this type in the Southern District of California. The prevailing market rate of $375.00 is a reasonable and necessary rate for this type of legal work in the Southern District of California.

8. We expended a total of 13.5 hours in this matter. Exhibit A to our Motion for Attorney Fees and Costs contain an itemization of attorney fees and costs.

9. The lodestar calculation of attorney's fees for my time expended is $4,387.50 ((10.8 x 375.00) + (2.7 x 125.00).

10. We incurred costs and litigation expenses in the amount of $402.00 in this matter.

11. The requested attorney's fees and costs were reasonable and necessary to the litigation of this matter.

_____
Alejandro E. Figueroa
Counsel for Plaintiff

SWORN TO AND SUBSCRIBED before me this 7th day of December 2021.

_____
Notary

My commission expires April 27, 20 22.

AMY DITTBENNER
Official Seal
Notary Public - State of Illinois
My Commission Expires Apr 27, 2022

3